# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza -16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1204 Fax: (718) 855-0760

---

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Eastern District of New York*
Michelle A. Gelernt
*Attorney-in-Charge*

July 28, 2026

<u>VIA ECF & EMAIL</u>

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   ***United States v. Cole*, No. 26-cr-156 (JMA)**

Dear Judge Azrack:

We represent Godfrie Cole in this matter and represented him in a previous case prosecuted in the Southern District of New York. *See United States v. Cole*, No. 24-cr-57 (PAE) (S.D.N.Y.). As the Court is aware, on July 21, 2026, Mr. Cole was found unresponsive in his cell at the Metropolitan Detention Center-Brooklyn ("MDC"). Later that day, he was pronounced dead at NYU Langone Hospital in Brooklyn. Mr. Cole's case before Your Honor remains open.

We write to request a hearing to address the circumstances of Mr. Cole's death. To date, we have not received information from the Bureau of Prisons ("BOP") about the cause of Mr. Cole's death or the particular steps that are being taken to investigate it. At most, we received the letters filed by the government and the MDC warden notifying the Court of Mr. Cole's passing. *See* ECF Nos. 5 & 6.

Upon learning of Mr. Cole's death, we filed a discovery demand on MDC, attached here, and requested a hearing in the Southern District of New York, before the Honorable Paul A. Engelmayer, who had recently sentenced Mr. Cole and made recommendations and imposed special conditions to facilitate his mental healthcare in custody and on supervised release. *See* Judgment at 2, 5, *United States v. Cole*, No. 24-cr-57 (PAE) (S.D.N.Y. Apr. 28, 2026), ECF No. 28 (recommending expedited designation to a BOP Federal Medical Center and ordering the Probation Department to begin reentry planning 90 days before Mr. Cole's release to ensure continuity of psychiatric care). The hearing we requested was for BOP to provide more information about the cause of Mr. Cole's death to Mr. Cole's counsel and family, and to explain its plan for investigating how he died in its custody.

Today, Judge Engelmayer referred our hearing request to this Court. His order states, in relevant part:

The Court is fully supportive of the efforts of Mr. Cole's family, through counsel, to promptly learn the circumstances of his passing. The Court has conferred this morning with Judge Azrack. We have agreed that, because Mr. Cole was in the

MDC at the time of his death on account of the case pending in the Eastern District, it is appropriate that inquiries along the lines made by defense counsel be directed to Judge Azrack.

Order, *United States v. Cole*, No. 24-cr-57 (PAE) (S.D.N.Y. July 28, 2026), ECF No. 35.

Accordingly, given the unusual circumstances of Mr. Cole's death, we request that Your Honor convene a conference with the government and the BOP. At that conference, we will request that the BOP tell the Court, counsel, and Mr. Cole's family what it currently knows about Mr. Cole's death. We would also request permission to ask the BOP about additional investigative steps it is taking to determine how Mr. Cole died in its custody. And finally, we will ask the Court to order the BOP to honor the attached preservation request and share its findings about Mr. Cole's death with the Court and us once they are finalized.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/_____

Benjamin Yaster
Siobhan Atkins
Federal Defenders of New York, Inc.
(718) 330-1291
*Counsel for Godfrie Cole*

Encl.    Discovery demand on MDC

cc:    counsel of record (by ECF & email)

2