# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 22, 2026

**VIA EMAIL**

Sophia Papapetru
Metropolitan Detention Center
Legal Department
Federal Bureau of Prisons
spapapetru@bop.gov

**Re:    Godfrie Cole, Register No. 95193-510**

Dear Ms. Papapetru and the MDC Legal Department,

This office represents Mr. Godfrie Cole. As you know, Mr. Cole died on July 21, 2026 while he was incarcerated in the Metropolitan Detention Center-Brooklyn.

We write to request that the Bureau of Prisons immediately produce the following:

(1) Mr. Cole's complete BOP medical records, including intake records, and mental health/psychological/psychiatric records;
(2) any incident reports and/or facility reports and/or any other documentation regarding Mr. Cole's death;
(3) logs of employee rounds conducted in the unit where Mr. Cole died for the 6 hours preceding his death;
(4) copies of any and all video recordings of the hallway outside Mr. Cole's cell in the 6 hours preceding his death; and
(5) copies of any and all video recordings of Mr. Cole in his cell in the 24 hours preceding his death.

Second, we write to request that the Bureau of Prisons, its employees, and its agents preserve all videotape, documents, electronically stored information, and tangible things regarding Mr. Cole, including without limitation any videotape depicting Mr. Cole; any documents describing or depicting Mr. Cole, and any records reflecting the events preceding Mr. Cole's death (collectively, the "Preservation Materials").

Our preservation request for the Preservation Materials includes any videos, email, phone calls, text messages, photographs, and other material collected by the

BOP or stored in current or previously used emails, cell phones, portable electronic devices, computers, and/or other PDA devices that relate in any way to Mr. Cole. It also includes any related videos or messages sent through any email or messaging application, as well as, without limitation, writings, authorizations, inspections, notes, drafts, plans, drawings, charts, photographs, sound recordings, video recordings, images, emails, instant messages, voicemails, text messages, computer files, flash drives, hard drives, and other data or data compilations stored in any medium from which information can be obtained that are in the BOP's possession, custody, or control, or in the possession, custody, or control of others under the BOP's control or authority, including any agents, employees, and servants.

Preservation includes suspending all deletion or destruction of these materials, including any automated destruction or deletion of emails, text messages, or other electronic files, until further notice. We request that the BOP take any and all measures necessary, including retaining archival documents in storage and backing up and/or mirroring electronic records and metadata, to ensure the retention of all Preservation Materials.

Respectfully submitted,

/s/   *Siobhan Atkins*
Siobhan C. Atkins
Benjamin Yaster
Federal Defenders of New York

cc:    AUSA Brandon Harper, Esq.
AUSA Ashleigh Atasoy, Esq.